IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA      *
                              *
    v.                        *     CR 122-029
                              *
FANESIA SMITH                 *

O R D E R

Upon due consideration, Defendant Fanesia Smith's motion to amend her conditions of supervised release to allow the use of "low THC CBD oil" is hereby **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of October, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA